# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

GLORIA GUTIERREZ,

                Plaintiff,

                                              JUDGMENT IN A CIVIL CASE

                v.

GRANT COUNTY, a Washington municipal corporation,

                                              CASE NUMBER: CV-10-48-LRS

                Defendant.

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury Verdict issued on July 15, 2011, ECF No. 64, and the Order Denying Defendant's Motion to Set Aside Jury Verdict and for a New Trial, Inter Alia, entered on November 2, 2011, ECF No. 90, judgment is entered in favor of Plaintiff and against Defendant as follows:

A total of $77,518.72, together with post judgment interest as provided by law from and after the date hereof. The total amount consists of: $1,919.19 for prejudgment interest through November 1, 2011 on the compensatory damages awarded by the jury ($27,712.67), for a total of $29,631.86; Plaintiff is awarded an additional equivalent amount as liquidated damages, plus front pay of $18,255.00. Therefore, the total amount awarded to Plaintiff and against Defendant is $77,518.72 ($29,631.86 x 2 + $18,255.00).

| | |
|---|---|
| November 2, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |