AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GLORIA GUTIERREZ,

          Plaintiff,

          v.

GRANT COUNTY, a Washington municipal corporation,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-48-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Re Plaintiff's Motion For Attorneys' Fees And Costs filed November 4, 2011, ECF No. 92, Plaintiff is awarded judgment against the Defendant as follows:

    - $60,683.50 for attorneys' fees;
    - $4,657.00 for expert witness fees; and
    - $4,190.03 in other costs.

11/4/2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas